ANDRÉ BIRROTE, JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL
Assistant United States Attorney
California Bar Number: 116039
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2484
    Facsimile: (213) 894-6436
    E-mail: dennis.mitchell@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-1106-JFW |
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION FOR DISMISSAL OF INDICTMENT AS TO DEFENDANT GLOBAL SPECIALTIES GROUP, INC. |
| v. | |
| GLOBAL SPECIALITIES GROUP, INC., HARRY HUMPRHIES and JOHN SPICER, | [No Hearing Requested] |
| Defendants. | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Central District of California hereby moves to dismiss without prejudice the indictment in the above-titled case against defendant Global Specialties Group, Inc. only ("defendant"). As indicated in the attached declaration of Assistant United States Attorney Dennis Mitchell, counsel for

1  defendant Harry Humphries does not oppose this motion.

2      The government therefore respectfully requests that this
3  Court dismiss No. CR 10-1106-JFW without prejudice as to
4  defendant Global Specialties Group, Inc. only.

5

6  DATED: April 5, 2011        Respectfully submitted,

7                                ANDRÉ BIROTTE JR.
                              United States Attorney

8                                ROBERT E. DUGDALE
                              Assistant United States Attorney
9                                Chief, Criminal Division

10

11                                */s/ Dennis Mitchell*
                              _____
12                                DENNIS MITCHELL
                              Assistant United States Attorney

13

14                                Attorneys for Plaintiff
                              United States of America

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2

## DECLARATION OF DENNIS MITCHELL

I, Dennis Mitchell, declare that:

1. I am an Assistant United States Attorney for the Central District of California, and am assigned to the prosecution of United States v. Global Specialties Group, Inc., No. CR 10-1106-JFW.

2. Based on my knowledge of this case, I am informed and believe that Global Specialties Group, Inc. ("defendant") is no longer in business and that its assets were liquidated well before the filing of the indictment in this case. By this motion, the government seeks to dismiss defendant only from the indictment in this case.

3. On April 5, 2011, I spoke with counsel for defendant Harry Humphries, and she indicated that she does not oppose the government's motion to dismiss defendant Global Specialties Group, Inc.

Executed this 5th day of April 2011. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based on my knowledge and information.

_____
DENNIS MITCHELL

3